■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN FANTAUZZI, Appellant. [62 NYS3d 270]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Michael J. Obus, J. at plea; Laura Ward, J. at sentencing), rendered December 28, 2015, said appeal having been argued by counsel

for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Renwick, J.P., Kapnick, Gesmer and Kern, JJ.